## LIST OF EXHIBITS

**Elizabeth Harvey v. Plains Township Police Dept., et al.**
**In the United States District Court for the Middle District of Pennsylvania**
**(Judge Caputo)**
**Docket No. 3:01-CV-1768**

| Pltf. | Deft. | Description of object or item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
| 1. | | Deposition of Elizabeth Harvey | | | | |
| 2. | | Deposition of Joan Chukinas | | | | |
| 3. | | Deposition of Ronald Dombroski | | | | |
| 4. | | Deposition of Edward Olowiany | | | | |
| 5. | | Deposition of Gerard Mecadon | | | | |
| 6. | | Deposition of Edward Walsh | | | | |
| 7. | | Northeast Counseling Services Records | | | | |
| 8. | | Curriculum Vitae of Patrick Sriharsha, MD | | | | |
| 9. | | Apartment Pictures A to K | | | | |
| 10. | | Protection from Abuse Order | | | | |
| 11. | | Apartment Lease | | | | |
| 12. | | Mecadon Letter of August 30, 1999 | | | | |
| 13. | | Mecadon Letter of September 15, 1999 | | | | |
| 14. | | Statement of Joan Chukinas | | | | |
| 15. | | Robert Berteski Erie Insurance Co. Report | | | | |
| 16. | | Joan Chukinas' Answer to Interrogatories | | | | |
| 17. | | Ronald Dombroski Answer to Interrogatories | | | | |
| 18. | | Edward Olowiany Answer to Interrogatories | | | | |
| 19. | | Edward Walsh Answer to Interrogatories | | | | |
| 20. | | List of items taken from Harvey's apartment | | | | |
| 21. | | Medical Bills | | | | |