IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH HARVEY | : | CIVIL ACTION – LAW |
| | : | |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | JUDGE CAPUTO |
| PLAINS TOWNSHIP POLICE DEPT., et al. | : | |
| | : | |
| Defendants. | : | NO. 3:01-CV-1768 |

## SPECIAL VERDICT QUESTIONS

**NOW COMES**, the Plaintiff, Elizabeth Harvey by her attorneys THE LOFTUS LAW FIRM, P.C. and submits the following Special Verdict Questions:

1. Did the Defendant violate the Plaintiff's rights under the Constitution by engaging in an illegal search and seizure?

    _____    _____
    Yes          No

2. Was the Plaintiff denied procedural due process by not having been given a right to be heard prior to seizure of her property?

    _____    _____
    Yes          No

    If you answered yes to either question 1 or 2, proceed to question 3.

3. Has the Plaintiff proven by a fair preponderance of evidence that she sustained emotional distress as a result of the Defendant's conduct?

    _____    _____
    Yes          No

4. Has the Plaintiff proved by a preponderance of the evidence that she suffered a loss of property as a result of the illegal conduct?

_____  _____
Yes      No

If the answer is yes, what was the amount?   $_____

5. Has the Plaintiff proved by a preponderance of the evidence that she is entitled to damages for emotional distress, pain & suffering, humiliation, embarrassment, loss of enjoyment of life, etc…

_____  _____
Yes      No

If the answer is yes, how much?   $_____.

6. Has the Plaintiff proved by a preponderance of the evidence the conduct of the Defendant was so egregious and outrageous that punitive damages should be awarded to the Plaintiff?

_____  _____
Yes      No

If the answer is yes, what amount?   $_____.