NOTICE OF APPEAL TO A COURT OF
APPEALS FROM A JUDGMENT OR
ORDER OF A DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH HARVEY, | : | |
| Plaintiff | : | File Number  3:01-CV-01768 |
| v. | : | |
| | : | |
| PLAINS TOWNSHIP POLICE DEPARTMENT | : | NOTICE OF APPEAL |
| et al., | | |
| Defendant | : | |

FILED
SCRANTON

JAN  9 2009

PER _____
DEPUTY CLERK

NOTICE is hereby given that ELIZABETH HARVEY, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on the 10th day of December, 2008.

This Notice of Appeal arises under Plaintiff's right[1] previously granted to her on 10/05-01 by this Middle District of Pennsylvania Court and Plaintiff's status still exsisting under Rule 24 (a), Federal Rules of Appellate Procedure under reasoning that said appeal is taken in good faith.

Respectfully submitted,

*E. Elizabeth Harvey*

Elizabeth Harvey
Plaintiff Pro se
Dundee Apartments #10
Middle Road
Wilkes Barre, Pa. 18702

Dated: January 9th , 2009

[1] to proceed under Title 28 U.S.C. § 1915